**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7551**

JAVEN KIERNAN,

                Plaintiff - Appellant,

     v.

P. MCKINLEY, R.N.; LAYTON LESTER, Warden,

                Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:09-cv-00387-LMB-TCB)

Submitted: December 17, 2009     Decided: December 30, 2009

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Javen Kiernan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javen Kiernan appeals the district court's order dismissing with prejudice his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Kiernan v. McKinley, No. 1:09-cv-00387-LMB-TCB (E.D. Va. July 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED